IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RONALD ROTH, | ) CASE NO. 1:21-cv-01075 |
| | ) |
| Plaintiff, | ) JUDGE: JAMES R. KNEPP, II |
| | ) |
| v. | ) |
| | ) **STIPULATED NOTICE OF DISMISSAL** |
| ROPPE CORPORATION, | ) **WITH PREJUDICE** |
| | ) |
| Defendant. | ) |

The parties, by and through their undersigned counsel, and pursuant to Rule 41(a)((A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of Plaintiff's claims in this case, with prejudice.  Each party shall bear their own court costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Samuel B. Robb* | /s/ *Adam Borgman* |
| Samuel B. Robb (0099035) | Adam Borgman (0097841) |
| Daniel S. Dubow (095530) | David R. Hudson (0084988) |
| The Spitz Law Firm, LLC | Reminger Co., L.P.A. |
| 25825 Science Park Dr.., Suite 200 | One SeaGate, Suite 1600 |
| Beachwood, OH 44122 | Toledo, OH 43604 |
| (216) 291-4744 (phone) | (419) 254-1311 (phone) |
| (216) 291-5744 (fax) | (419) 243-7830 (fax) |
| sam.robb@spitzlawfirm.com | aborgman@reminger.com |
| | |
| *Attorney for Plaintiff Ronald Roth* | *Attorneys for Defendant Roppe Corporation* |

1